IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Robert E. Rack, as Special Administrator
for the Estate of Lois M. Rack, deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack

                                                                                          PLAINTIFF

vs.                          CASE NO. 4:20-cv-135-BRW

Joseph Schwartz; Rosie Schwartz;
And John Doe 1 through 5, Unknown Defendants,

                                                                                       DEFENDANTS

## PLAINTIFF'S CONCISE STATEMENT OF THE CASE

Comes now Plaintiff Robert E. Rack, as Special Administrator for the Estate of Lois M. Rack, deceased, and on behalf of the wrongful death beneficiaries of Lois M. Rack, and pursuant to the Scheduling Order in this matter files the following Concise Statement as follows:

Plaintiff's Statement of the Case

This is a nursing home neglect, abuse and wrongful death case of a 52-year-old woman named Lois Marie Rack. Plaintiff brought this action against Defendants Joseph Schwartz and his wife, Rosie Schwartz. Together, Joseph Schwartz and Rosie Schwartz owned, operated and managed and controlled nursing home facilities across the country including Hillview Post Acute and Rehabilitation Center ("Facility") – the nursing home

where Ms. Rack resided. Joseph Schwartz and Rosie Schwartz operated these nursing homes under the trade name "Skyline." Further, this is a bench trial solely for damages that procedurally arises out of Defendants Joseph Schwartz and Rosie Schwartz's failure to defend and participate in this litigation.

Ms. Rack entered the Facility on November 22, 2017 and resided there until January 30, 2018. The Facility accepted Ms. Rack, a vulnerable adult, into its care and accepted funds to provide for her care. The expectations were for Ms. Rack to undergo rehabilitation, return home to care for her mother and be with her family.

The Facility, ultimately through Joseph Schwartz and Rosie Schwartz, failed to provide adequate and necessary staff, services and care to meet Ms. Rack's needs. As consequence of these failures, Ms. Rack suffered two Stage II sacral pressure ulcers; gangrene; urinary tract infection; sepsis; poor hygiene; unnecessary pain and suffering; and ultimately death. Ms. Rack passed away on February 12, 2018, only thirteen days after discharging from the Facility, with her immediate cause of death listed as sepsis.

This case focuses on how Joseph Schwartz and Rosie Schwartz failed as owners, operators, managers and controllers of the Facility. Specifically, Joseph Schwartz and Rosie Schwartz set the stage for Ms. Rack's untimely demise and consciously placed profits of people to the detriment of Ms. Rack. As result, Ms. Rack lost her life.

Respectfully submitted,

Blake A. Fromang
(AR2020096)
Attorney for Plaintiff
**WILKES & ASSOCIATES, P.A**.
1 North Dale Mabry Highway, Suite 700
Tampa, Florida 33609
Telephone: (813) 873-0026
Facsimile: (813) 286-8820
EMAIL: bfromang@yourcasematters.com