IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT E RACK, as Special Administrator          PLAINTIFF
for the Estate of Lois M. Rack, Deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack;

v.          Case No.  4:20-CV-00135 -BRW-JTK

JOSEPH SCHWARTZ, ROSIE SCHWARTZ,
JOHN DOES 1-5, Unknown Defendants          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and no objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal in forma pauperis would not be taken in good faith. Fed. R. App. P. 24(a)(3)(A).

SO ORDERED this  14th  day of   January       , 2022.


                                                                          BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE