# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROBERT E RACK**, as Special Administrator  **PLAINTIFF**
for the Estate of Lois M. Rack, Deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack;

v.                    Case No.  4:20-CV-00135 -BRW-JTK

**JOSEPH SCHWARTZ, ROSIE SCHWARTZ,**
**JOHN DOES 1-5, Unknown Defendants**                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Plaintiff.

IT IS SO ORDERED, this  14th  day of  January  , 2022.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE