IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Robert E. Rack, as Special Administrator
for the Estate of Lois M. Rack, deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack

                                                  PLAINTIFF

vs.                             CASE NO. 4:20-cv-135-BRW

Joseph Schwartz; Rosie Schwartz;
CIBC Bank USA; Woodland Hills
HC Property Holdings, LLC; and
John Doe 1 through 5, Unknown Defendants,

                                          DEFENDANTS

## PLAINTIFF'S APPLICATION FOR WRIT OF EXECUTION

Pursuant to Federal Rule of Civil Procedure 70(d), Robert E. Rack, as Special Administrator for the Estate of Lois M. Rack, deceased, and on behalf of the wrongful death beneficiaries of Lois M. Rack, Judgment Creditor, hereby makes application to the Clerk of the United States District Court for the Eastern District of Arkansas to issue an execution in the above case to satisfy a judgment against the Judgment Debtors, Joseph Schwartz and Rosie Schwartz, for $10,017,792.886. The balance of the judgment that remains unsatisfied, as of January 14, 2022.

Dated: February 16, 2022

Respectfully submitted,

Blake A. Fromang
(AR2020096)
Attorney for Plaintiff
**WILKES & ASSOCIATES, P.A**.
1 North Dale Mabry Highway, Suite 700
Tampa, Florida 33609
Telephone: (813) 873-0026

1

Facsimile: (813) 286-8820
EMAIL: bfromang@yourcasematters.com