# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Arkansas

Case Number: 4:20-CV-135-BRW

Plaintiff: Robert E. Rack, as Special Administrator of the Estate of Lois M. Rack, deceased, and on behalf of the wrongful death beneficiaries of Lois M. Rack

vs.

Defendant: Joseph Schwartz; Rose Schwartz, CIBC Bank USA; Woodland Hills HC Property Holdings, LLC; and John Doe 1 through 5, Unknown Defendants

For: Blake Fromang
Wilkes & Associates, P.A.

Received by SLK INVESTIGATIONS, INC. on the 17th day of February, 2022 at 11:08 am to be served on Rosie Schwartz, 21 Briarwood Lane, Suffern, NY 10901. I, _Anthony Favarone_, do hereby affirm that on the _18_ day of _February_, 20_22_ at _2:50_ pm., executed service by delivering a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND COVER LETTER in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein. ( ) AUTHORIZED ENTITY: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

(X) MILITARY I asked the person spoken to whether recipient was in active military service of the United States or of the State of Florida in any capacity whatsoever and received a NEGATIVE/POSITIVE reply. PLEASE CIRCLE ONE.

( ) MARITIAL STATUS: (YES) or NO. PLEASE CIRCLE ONE

COMMENTS: _____

"I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true."

PROCESS SERVER # _____
Appointed in accordance with State Statutes

SLK INVESTIGATIONS, INC.
2212 East 5th Avenue
Tampa, FL 33605
(813) 247-6250

Our Job Serial Number: 2022001121