IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Robert E. Rack, as Special Administrator
for the Estate of Lois M. Rack, deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack

                                                    PLAINTIFF

vs.                          CASE NO. 4:20-cv-135-BRW

Joseph Schwartz; Rosie Schwartz;
And John Doe 1 through 5, Unknown Defendants,

                                                    DEFENDANTS

---

**PLAINTIFF'S REQUESTS FOR PRODUCTION IN AID OF JUDGMENT TO
DEFENDANT JOSEPH SCHWARTZ**

---

Plaintiff, Robert E. Rack, as Special Administrator for the Estate of Lois M. Rack, deceased, by and through his counsel, pursuant to Fed. R. Civ. P. 69 and 34, propounds the following Requests for Production in Aid of Judgment to Defendant Joseph Schwartz to be answered in accordance with the Federal Rules of Civil Procedure, as follows:

## **DEFINITIONS**

1.      ***"You or Your."***  The terms "you" and "your," as well as a party's full or abbreviated name or pronoun referring to a party, mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, affiliates, or any other individual or entity presently or formally acting on the party's behalf.

2.     ***"Person."*** The term "person" is defined as any natural person and/or any corporation, partnership, joint venture, firm, business, legal or governmental entity or association and means both singular and plural.

3.     ***"Identify."*** When referring to documents, "identify" means to give, to the extent known, (a) type of document; (b) general subject matter; (c) date of the document; (d) author(s), addressee(s), all recipient(s), title and filing or identifying number; and, (e) the present or last known location and custodian thereof.

4.     ***"Document."*** The term "document" is used in its broadest sense, and includes, without limitation, writings, books, papers, minutes, notes, drafts, drawings, graphs, reviews, evaluations, charts, schedules, logs, photographs, correspondence, records, letters, memoranda, reports, sheets, computer records, e-mails, and other data compilations in any form or tangible items from which information can be obtained or translated into reasonable useable form.

5.      ***"Statement."*** The term "statement" refers to a written statement, signed or otherwise adopted or approved by the person making it, or a stenographic, mechanical, electrical or other recording, or a transcription thereof which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded, and any other statement as defined by the Arkansas Rules of Civil Procedure.

6.     The words **"relates to," "relating to," "pertains to," or "pertaining to"** shall mean refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, memorializes, shows, refutes, disputes, rebuts, controverts or contradicts.

7.      The singular shall include the plural and vice versa; the words **"and"** or **"or"** shall be both conjunctive and disjunctive; and the word **"including"** means "including without limitation."

## DEMAND FOR PRESERVATION

*Plaintiff hereby demands that all writings, documents, emails and other electronic information that is responsive to the requests herein be preserved, maintained, placed on a "litigation hold", and kept safe from loss or destruction until the final conclusion of this litigation.*

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1** Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by you with any type of financial institution during the past eight years, including but not limited to monthly account statements, checks, check registers, check stubs, canceled checks, and deposit slips.

**REQUEST FOR PRODUCTION NO. 2** All documents that refer to, reflect, or relate to any transfers made to or from any financial account held for your benefit, by any third party, for the past eight years.

**REQUEST FOR PRODUCTION NO. 3** Any and all signature cards that name you as an authorized signatory on any financial account, for any entity or other third party, for the past eight years.

**REQUEST FOR PRODUCTION NO. 4** Any and all documents submitted to any bank,

financial institution, or any other person or entity, by you, for any loan or advance, in any capacity (borrower, guarantor, or surety) for the past eight years.

**REQUEST FOR PRODUCTION NO. 5** Any and all documents concerning any interest in, or claimed title to, any certificates of deposit, letters of credit, money orders, cashier's checks, traveler's checks, bank deposits, or escrow funds owned or held by you in the past eight years.

**REQUEST FOR PRODUCTION NO. 6** Any and all documents evidencing you having authority to access any safe-deposit box or other bank-secured area, for the past eight years.

**REQUEST FOR PRODUCTION NO. 7** Any and all documents evidencing any application signed by you or on behalf of you or your wife and children, to open a foreign or offshore financial account in your name or any other entity.

**REQUEST FOR PRODUCTION NO. 8** Copies of IRA contracts for all IRAs that you currently have.

**REQUEST FOR PRODUCTION NO. 10** Any and all documents that refer to, reflect, or relate to any real properly owned by you in the past eight years.

**REQUEST FOR PRODUCTION NO. 11** Any and all documents that refer to, reflect, or relate to encumbrances on any real property owned by you.

**REQUEST FOR PRODUCTION NO. 12** Any and all documents evidencing ownership of real property in which you currently enjoys a direct or indirect beneficial interest.

**REQUEST FOR PRODUCTION NO. 13** Any and all checks, receipts, deeds, or other evidence of the sale or transfer of any real property in which you had a legal or equitable ownership interest, within the past eight years.

**REQUEST FOR PRODUCTION NO. 14** Any and all lease agreements for real property in which you are the landlord or have a beneficial interest.

**REQUEST FOR PRODUCTION NO. 15** Any and all lease agreements for real property in which you are the lessor or lessee.

**REQUEST FOR PRODUCTION NO. 16** Any and all documents that evidence your name being on any real property tax records, as payor or trustee, for the past eight years.

**REQUEST FOR PRODUCTION NO. 17** Any and all deeds that title any real property to you as trustee for any other person or entity.

**REQUEST FOR PRODUCTION NO. 18** Any and all deeds of trust or mortgages held in your favor at present or owned during the past eight years.

**REQUEST FOR PRODUCTION NO. 18** Any and all documents evidencing any time-share

property that you enjoy the use of.

**REQUEST FOR PRODUCTION NO. 19** Copies of any appraisals or other forms of valuation for any property that you have an interest in or held any interest in within the past eight years.

**REQUEST FOR PRODUCTION NO. 20** Promissory notes or mortgages you signed during the past six years.

**REQUEST FOR PRODUCTION NO. 21** Copies of all deeds and mortgages to which you hold the property as tenant by the entireties, tenant in common, or joint tenant.

**REQUEST FOR PRODUCTION NO. 22** Certificate of title or other evidence of ownership of any boat, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment owned by or in possession of you, whether owned by you or an entity that you are affiliated with, or held in trust by you.

**REQUEST FOR PRODUCTION NO. 23** Any and all note receivables, pledges, or security interests in favor of you now and in the past eight years.

**REQUEST FOR PRODUCTION NO. 24** Copies of all homeowner's insurance policies and any other insurance policies or riders that have insured any property that you own or have the benefit or use of, for the past eight years.

**REQUEST FOR PRODUCTION NO. 25** List of household furnishings and fixtures that have been purchased within the past eight years that had a purchase price of $999 or more.

**REQUEST FOR PRODUCTION NO. 26** Copies of all dock slips or other documentation evidencing the right to dock any watercraft in which you have a legal or beneficial interest.

**REQUEST FOR PRODUCTION NO. 27** Any and all documents that refer to or reflect any livestock owned by you within the past eight years.

**REQUEST FOR PRODUCTION NO. 28** List and valuation of all collectibles (e.g., stamps, coins, sports cards, etc.) that you now own or has owned within the past eight years.

**REQUEST FOR PRODUCTION NO. 29** Any and all documents that refer or relate to any guns, jewelry, antiques, art, paintings, or other similar assets owned by you or in your possession within the past eight years.

**REQUEST FOR PRODUCTION NO. 30** Any and all documents evidencing any interest you may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights.

**REQUEST FOR PRODUCTION NO. 31** All documents that identify the name and address of any person or entity that has employed you within the past eight years.

**REQUEST FOR PRODUCTION NO. 32** All documents that identify any person or entity for whom you have acted as independent contractor within the past eight years.

**REQUEST FOR PRODUCTION NO. 33** All documents referring in any way, directly or indirectly, to any and all businesses in which you are a stockholder, partner, officer, director, owner, or registered agent.

**REQUEST FOR PRODUCTION NO. 34** Any and all corporate charters, minutes of stockholders' meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by you, or any subsidiary or other entity in which that corporation has held an ownership interest during the past eight years.

**REQUEST FOR PRODUCTION NO. 35** List of all customers or clients of any kind with which the any legal and/or business entity owned by you does business or has done business during the past eight years.

**REQUEST FOR PRODUCTION NO. 36** All local, state, and federal tax returns filed by you in the past eight years, including all attachments, schedules, W-2's, K-l's, and 1099 and 1098 forms.

**REQUEST FOR PRODUCTION NO. 37** All documents referring or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses, or other sums of money paid to you within the past eight years.

**REQUEST FOR PRODUCTION NO. 38** Any and all employment contracts that you have had in the past eight years.

**REQUEST FOR PRODUCTION NO. 39** Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit, or other investment vehicle owned by or held for your benefit.

**REQUEST FOR PRODUCTION NO. 40** Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, owned by you or held for your benefit.

**REQUEST FOR PRODUCTION NO. 41** Any and all rent rolls for the properties in which you have had an ownership interest for the past eight years.

**REQUEST FOR PRODUCTION NO. 42** Copies of all 1099-D or 1099-I forms issued to you within the past eight years.

**REQUEST FOR PRODUCTION NO. 43** Any and all documents referring to any stock options or profit-sharing plans held by you or for your benefit.

**REQUEST FOR PRODUCTION NO. 44** Any and all documents that evidence a cash value in any life insurance policy of you and copies of all policies, whether term, whole life, or universal.

**REQUEST FOR PRODUCTION NO. 45** All documents evidencing any trust or amendments to trust in which you are a settlor, trustee, or beneficiary.

**REQUEST FOR PRODUCTION NO. 46** All documents evidencing any trust or amendments to trust that you have directly or indirectly contributed any assets to within the past 10 years.

**REQUEST FOR PRODUCTION NO. 47** Copies of all prenuptial and postnuptial agreements, to include the list of assets and liabilities to be held separately.

**REQUEST FOR PRODUCTION NO. 48** Copies of all separate property agreements, to include the list of assets and liabilities to be held separately.

**REQUEST FOR PRODUCTION NO. 49** Copy of any wills, including all amendments, in which you are or were named as a beneficiary.

**REQUEST FOR PRODUCTION NO. 50** Copies of any and all credit card statements, for all cards on which you are an authorized user, for the past eight years.

**REQUEST FOR PRODUCTION NO. 51** All documents referring to or reflecting the name and address of any storage facility or mini-warehouse to which you have access.

**REQUEST FOR PRODUCTION NO. 52** Copies of any and all financial statements that you have prepared for any lender or creditor in the past eight years.


**REQUEST FOR PRODUCTION NO. 53** Any and all documents related to any account into which any of your earnings or other income has been deposited in the past eight years, whether you continued to have an interest in it or not.


Respectfully submitted,

Robert E. Rack, as Special Administrator for the Estate of      Lois M. Rack, deceased, and on behalf of the wrongful death  beneficiaries  of  Lois M. Rack

*/s/ Blake A. Fromang*

By:    _____

Blake A. Fromang
(AR2020096)
Attorney for Plaintiff
**WILKES & ASSOCIATES, P.A**.
1 North Dale Mabry Highway, Suite 700
Tampa, Florida 33609
Telephone: (813) 873-0026
Facsimile: (813) 286-8820
EMAIL: bfromang@yourcasematters.com