# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Arkansas

Case Number: 4:20-CV-135-BRW

Plaintiff: **Robert E. Rack, as Special Administrator of the Estate of Lois M. Rack, deceased, and on behalf of the wrongful death beneficiaries of Lois M. Rack**
vs.
Defendant: **Joseph Schwartz; Rose Schwartz, and John Doe 1 through 5, Unknown Defendants**

For: Blake Fromang
Wilkes & Associates. P.A.

Received by SLK INVESTIGATIONS, INC. on the 8th day of June, 2022 at 4:27 pm to be served on **Joseph Schwartz, 21 Briarwood Lane, Suffern, NY 10901**. I, Anthony Lavarone, do hereby affirm that on the 13 day of June, 2022 at 7:40 p.m., executed service by delivering a true copy of the **PLAINTIFF'S REQUESTS FOR PRODUCTION IN AID OF JUDGMENT** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ who is over the age of fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.( ) AUTHORIZED ENTITY: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

(X) NON SERVICE: For the reason detailed in the Comments below.

( ) MILITARY I asked the person spoken to whether recipient was in active military service of the United States or of the State of Florida in any capacity whatsoever and received a NEGATIVE/POSITIVE reply. PLEASE CIRCLE ONE.

( ) MARITIAL STATUS: YES or NO. PLEASE CIRCLE ONE

COMMENTS: 6-9-22 7:40pm no answer, no activity inside
6-10-22 9:44 am no answer, no cars, no activity
6-13-22 12:01 pm no answer, no activity

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true."

PROCESS SERVER # _____
Appointed in accordance with State Statutes

SLK INVESTIGATIONS, INC.
2212 East 5th Avenue
Tampa, FL 33605
(813) 247-6250

Our Job Serial Number: 2022003849