**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ROBERT E. RACK, as Special Administrator
for the Estate of Lois M. Rack, deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack                                                                                    PLAINTIFF

VS.                                        Case No. 4:20-CV-00135-BRW

JOSEPH SCHWARTZ, *et al.*                                                    DEFENDANTS

**ORDER**

Plaintiff's Motion to Hold Defendants, Joseph and Rosie Schwartz, in Contempt of Court

(Doc. No. 73) is GRANTED IN PART and DENIED IN PART.

By 5 p.m., Wednesday, March 8, 2023, Mr. and Ms. Schwartz are directed to show cause

why civil contempt sanctions should not be imposed for their failure to appear on March 18, 2022

at properly noticed depositions.[1]

Counsel for Plaintiff is directed to serve Defendants with this Order.

IT IS SO ORDERED this 22nd day of February, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]I understand that Mr. Schwartz is on home detention on pretrial release in a federal criminal case pending in New Jersey. However, that does not excuse him from responding to Plaintiff's subpoena.