**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

---

**ROBERT E. RACK, as Special**                                                              **PLAINTIFF**
**Administrator for the Estate of Lois M.**
**Rack, deceased, and on behalf of the**
**wrongful death beneficiaries of Lois M.**
**Rack**

**V.**                                          **CASE NO. 4:20-CV-00135-BRW**

**JOSEPH SCHWARTZ,** *et al.*                                                              **DEFENDANTS**

---

**DEFENDANTS' RESPONSE TO SHOW CAUSE ORDER
AND REQUEST FOR LEAVE TO FILE 60(b) MOTION**

Defendants Joseph and Rosie Schwartz (hereinafter "Defendants"), by and through undersigned counsel, hereby submit their response to the Court's Show Cause Order (Doc. No. 74):

1.      Defendants submit that they were unaware of the Notices of Deposition and Requests for Production related to this matter until they learned of this Court's Order (Doc. No. 74) on March 4, 2023.

2.      Defendants are involved in numerous litigation matters around the country and are represented by counsel in nearly all of them. If Defendants did receive copies of any discovery requests from Plaintiff, it is only fair to assume that they thought their attorneys were also copied and would advise them on how to proceed and respond.

3.      Defendants' counsel submits that he, and his firm, have represented Defendants since 2018 (including several cases in the State of Arkansas) and have not received any communications from Plaintiff's counsel regarding this matter.

4.    Defendants' counsel submits that he attempted to contact Plaintiff's counsel by telephone and email on March 7, 2023, informing them that the undersigned counsel was retained to represent Defendants and intended to use the extended response time to resolve these discovery issues. However, as of the filing of this response, undersigned counsel has yet to receive a response to this request.

5.    Lastly, Defendants request leave of Court to file a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants requests this Honorable Court:

i.    Deny Plaintiff's request for civil contempt sanctions; and

ii.    Grant Defendants' request for leave to file a motion for relief from judgment.

Respectfully Submitted

*/s/ Benjamin C. Heidinger*
Benjamin C. Heidinger
**ROBERT J. FEDOR ESQ., LLC**
*Pro Hac Vice Application*
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
Phone:  (800) 579-0997
Email:  bcheidinger@fedortax.com
*Attorney for Defendants*

Nickolas W. Dunn
**DAVIDSON LAW FIRM**
Post Office Box 1300
Little Rock, AR 72203
Phone: (501) 374-9977
Fax:    (501) 374-5917
Email: nickd@dlf-ar.com
*Local Counsel for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2023, I electronically filed a true and correct copy of this pleading via the federal ECF system and electronic mail to:

**James L. Wilkes, II (AR98180)**
WILKES & ASSOCIATES, P.A.
1 North Dale Mabry Highway, Suite 700
Tampa, Florida 33609

*/s/ Nickolas W. Dunn*
Nickolas W. Dunn
