**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

| | |
|---|---|
| **ROBERT E. RACK, as Special Administrator for the Estate of Lois M. Rack, deceased, and on behalf of the wrongful death beneficiaries of Lois M. Rack** | **PLAINTIFF** |
| **V.** | **CASE NO. 4:20-CV-00135-BRW** |
| **JOSEPH SCHWARTZ, *et al.*** | **DEFENDANT** |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, Nickolas W. Dunn of the Davidson Law Firm and Benjamin Charles Heidinger of Robert J. Fedor Esq., LLC, who respectfully move to withdraw as counsel for Defendants, Joseph and Rosie Schwartz, and as grounds state:

1.      Issues have arisen among Counsel and Defendants Joseph and Rosie Schwartz after the representation began to an extent that necessitates Counsels' withdrawal from representation of Defendants' pursuant to Arkansas Model Rules of Professional Conduct, Rule 1.16(b)(1), (5) and (6). More specifically, Defendants did not follow the advice of Counsel and, in disregard of reasonable warning that Counsel will withdraw unless their obligation to Counsel is fulfilled, Defendants have failed to fulfill their financial obligations such that continued representation would result in an unreasonable financial burden on Counsel; all of which creates a conflict with Counsel's further representation of Defendants.

2.      Nickolas W. Dunn and Benjamin Charles Heidinger request that they be relieved of further duties in connection with the representation of Joseph and Rosie Schwartz in the above-referenced matter.

3.      No party will be prejudiced by the granting of this motion.

4.      Joseph and Rosie Schwartz have been notified of the undersigned's intention to withdraw and have had the opportunity to find another attorney.

5.      The undersigned have also notified opposing counsel of their intention to withdraw.

WHEREFORE, undersigned counsel respectfully requests that they be removed as counsel of record in this matter and for all other just and proper relief.

Respectfully submitted,

Nickolas W. Dunn, AR BIN 2019115
**DAVIDSON LAW FIRM**
Post Office Box 1300
Little Rock, AR 72203
Phone: (501) 374-9977
Fax: (501) 374-5917
Email: nickd@dlf-ar.com


Respectfully Submitted,

Benjamin Heidinger
**Robert J. Fedor Esq., LLC**
23550 Center Ridge Road, Suite 107
Westlake, Ohio 44145
Phone:  (800) 579-0997
Email:  bcheidinger@fedortax.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2023, I electronically filed a true and correct copy of this pleading via the federal ECF system and electronic mail to:

**James L. Wilkes, II (AR98180)**
WILKES & ASSOCIATES, P.A.
1 North Dale Mabry Highway, Suite 700
Tampa, Florida 33609

Nickolas W. Dunn