## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROBERT E. RACK, as Special Administrator
for the Estate of Lois M. Rack, deceased,
and on behalf of the wrongful death beneficiaries of
Lois M. Rack**                                                                      **PLAINTIFF**

**VS.**                                          **No. 4:20-CV-00135-BRW**

**JOSEPH SCHWARTZ,** *et al.*                                    **DEFENDANTS**

### ORDER

Plaintiff's Motion for Contempt and Sanctions Against Joseph and Rosie Schwartz (Doc. No. 81) is DENIED.  It appears that a dearth of communications between the lawyers was the problem.  I direct each lawyer's attention to *Baptist Health v. Smith*.[1]

Defendants' Motion to Withdraw as Counsel (Doc. No. 84) is GRANTED.

IT IS SO ORDERED this 3rd day of November, 2023.


                                        BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE

---

[1] 393 F. Supp. 2d 719 (E.D. Ark. 2005).